**Order entered October 24, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-01070-CV

## IN RE LILIANA SANCHEZ MENDEZ, Relator

### Original Proceeding from the 301st Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DF-21-18680

## ORDER
Before Chief Justice Burns, Justice Partida-Kipness, and Justice Smith

Before the Court is relator's petition for writ of mandamus. We request real party in interest and respondent to file a response, if any, to the petition for writ of mandamus by **November 1, 2022**.

/s/    ROBERT D. BURNS, III
        CHIEF JUSTICE